Russ Smith, *pro se*
PO Box 1860
Ocean City, NJ 08226
609-385-8966
smith@help.org

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DomainTools, LLC | Civil Action No. 2-12-Cv-00498-MJP |
| Plaintiff, | |
| v. | Document Electronically Filed |
| Russ Smith, *pro se* and Consumer.net LLC | Proposed Order |
| Defendants | |

IT IS on this ____ day of _____, 2012,

ORDERED that the Complaint is hereby dismissed in its entirety with prejudice for the lack of personal jurisdiction, improper venue, insufficient process, and failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(2), (3), (4), and (6).

_____
Honorable Marsha J. Pechman U.S.D.J.