Russ Smith, *pro se*
PO Box 1860
Ocean City, NJ 08226
609-385-8966
smith@help.org

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DomainTools, LLC
        Plaintiff,
v.
Russ Smith, *pro se*
 and Consumer.net LLC
        Defendants

: Civil Action No.
: 2-12-Cv-00498-MJP
:
: Document Electronically Filed
:
: Affidavit of Russ Smith
:
: Returnable May 18, 2012

I certify that:

1. I am Russ Smith and I live in New Jersey.

2. I am unable to travel to Washington State due to responsibilities of work, family, and pets.

3. I was manager of The Keyword Factory, LLC doing business as Consumer.net. LLC which was dissolved. Attached as exhibit A-1 is a Certificate of Formation, Registration of Alternate Name, Certificate of Amendment, and Certificate of Cancellation.

4. I do not publish any personal web sites.

_____
Russ Smith

Subscribed and sworn to before me, this 20 [day of month] day of
April [month], 2012.

[Notary Seal]

_____
[signature of Notary]
Evan Wade
[typed name of Notary]

EVAN WADE
Notary Public
State of New Jersey
My Commission Expires Mar 30, 2014

NOTARY PUBLIC

My commission expires: March 30, 2014.

# Exhibit A-1

L-102 NJSA 42 (2/94)



CGN

FILED
MAR 8 - 2007
STATE TREASURER

0600139242

New Jersey Division of Revenue

**Certificate of Amendment**
Limited Liability Company

This form may be used to amend a Certificate of Formation of a Limited Liability Company on file with the Department of the Treasury. Applicants must insure strict compliance with NJSA 42, the New Jersey Limited Liability Act, and insure that all applicable filing requirements are met.

1. Name of Limited Liability Company:    Pinelands Web Services, L.L.C.

2. Identification Number:    0600-1392-42

3. New LLC Name (if applicable):    The Keyword Factory, L.L.C.

4. Effective Date:

5. The Certificate of Formation is amended as follows (provide attachments if needed):

N/A

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 42 and that they are authorized to sign this form on behalf of the Limited Liability Company.

Signature: Russell Smith
Name: Russell Smith
Date: March 8, 2007

5181316 J
J3 403614

NJ Division of Revenue, PO Box 308, Trenton, NJ 08646

# New Jersey Department of the Treasury
## Division of Revenue
### Registration of Alternate Name, Limited Liability Company

JAN 2 4 2003

1. Name of Limited Liability Company: PINELANDS WEB SERVICES, L.L.C.

2. Purpose of LLC: (i) to provide general internet services, (ii) to take any actions necessary or desirable in connection therewith, and (iii) to engage in any other lawful business, purpose or activity.

3. LLC State: New Jersey

4. Original Formation date: April 24, 2002

5. Alternate name: Consumer.net, L.L.C.

6. Date name first used in NJ (if other than effective date of filing): N/A

The undersigned represents that this Limited Liability Company intends to use the above-referenced name in this State and has not used this name in violation of New Jersey State Law.

Dated: May 2, 2002

PINELANDS WEB SERVICES, L.L.C.

By: /s/ Russell R. Smith
Name: Russell R. Smith
Title: Sole Member

L-115

1050937-1

DIVISION OF REVENUE
CERTIFICATE OF CANCELLATION
Title 42:2B-14

## THE KEYWORD FACTORY, L.L.C.
0600139242

*I, the Treasurer of the State of New Jersey, do hereby certify that the above-name New Jersey Domestic Limited Liability Company did on the 11th of April, 2012, file and record in this department a Certificate Relative to Cancellation in the home state, hereby terminating existence.*

1. **Name:**
   THE KEYWORD FACTORY, L.L.C.
2. **Date of Formation:** 04/24/2002
3. **Future effective date of cancellation:** 04/11/2012
4. **Reasons for canceling the LLC:**
   Ending Business

The undersigned represent(s) that the filing complies with State laws detai Title 42:2B-14 and that they are authorized to sign this form on behalf of the Limited Liability Partn

**Signatures and Title:**
Russell Smith

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 11th day of April, 2012*

*Andrew P Sidamon-Eristoff*
*State Treasurer*

Certification# 124531084
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

Page 1 of 1