Russ Smith, *pro se*
PO Box 1860
Ocean City, NJ 08226
609-385-8966
smith@help.org

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DomainTools, LLC<br><br>　　　　　Plaintiff,<br><br>　　　v.<br>Russ Smith, *pro se*<br> and Consumer.net LLC<br><br>　　　　　Defendants | Civil Action No.<br>2-12-Cv-00498-MJP<br><br>Document Electronically Filed<br><br>Reply To:<br><br>Plaintiff Domain Tools, LLC's Response to Defendants' Motion To Dismiss<br><br>New Returnable Date:<br>June 1, 2012 |

1. This is notice that the Motion to dismiss has been extended to June 1, 2012 at the request of Domain Tools.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Russ Smith, *pro se*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**May 22, 2012**

1