UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMAIN TOOLS, LLC, | CASE NO. C12-498MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RUSS SMITH, pro se, and CONSUMER.NET, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

At the request of Defendant Russ Smith, an extension of time to file the joint status report is granted. The report will be due on July 3, 2012. The FRCP 26(f) Conference Deadline is June 20, 2012. All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

The clerk is ordered to provide copies of this order to Defendant Russ Smith and to all counsel.

MINUTE ORDER- 1

1 | Filed this 23rd day of May, 2012.

3 | William M. McCool
Clerk of Court

4 |

5 | s/Mary Duett
Deputy Clerk

MINUTE ORDER- 2