Russ Smith, *pro se*
PO Box 1860
Ocean City, NJ 08226
609-385-8966
smith@help.org

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DomainTools, LLC<br><br>        Plaintiff,<br><br>v.<br>Russ Smith, *pro se*<br>and Consumer.net LLC<br><br>        Defendants | Civil Action No.<br>2-12-Cv-00498-MJP<br><br>Document Electronically Filed<br><br>Reply To:<br><br>Motion for Leave to Extend<br>Rule 26 Requirements |

1. Please accept this letter in lieu of a formal motion.

2. I request the court extend the deadlines for the Rule 26 requirements because the court has not yet adjudicated the pending motion to dismiss.

*[signature]*

Russ Smith, *pro se*
June 18, 2012

1