Ocean City, NJ 08226
609-385-8966
smith@help.org

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DomainTools, LLC | Civil Action No. 2-12-Cv-00498-MJP |
| Plaintiff, | Document Electronically Filed |
| v. Russ Smith, *pro se* and Consumer.net LLC | Defendant Russ Smith's Second Motion to Dismiss |
| Defendants | Returnable July 20, 2012 |

## Second Motion to Dismiss

1. On July 20, 2012 in the US District Court defendant Russ Smith seeks an order to dismiss this case for plaintiff Domain Tools failure to submit Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Th initial order of the Court required the disclosures be made eight days after the Fed. R. Civ. P. 26(f) conference scheduled for May 21, 2012. The Minute Order filed May 23, 2012 changed the Fed. R. Civ. P. 26(f) conference to June 20, 2012 and adjusted all other Fed. R. Civ. P. 26 dates accordingly. This changed the date of initial disclosures to June 28, 2012. Domain Tools failed to submit the disclosures to defendant Russ Smith by that date.

## Relief Sought

2. The relief south with this motion is:

a. Dismiss the case in its entirety with prejudice.

*[signature: Russ Smith]*

Russ Smith, *pro se*
June 29, 2012