**Sealed Documents**

2:12-cv-00498-MJP Domain Tools LLC v. Smith et al

JURYDEMAND

_____ FILED
_____ LODGED    MAIL
_____ RECEIVED

JUL 16 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

At this time, Pro Se filers are not able to electronically file sealed documents. All sealed documents must be filed in hard copy and served to all parties in the case by conventional means, as outlined in CR5(g)(7).

For more information please see the local rules for Western District of Washington.

Attached is sealed exhibit



12-CV-00498-DSGNTN

# Exhibit A-12

_____ FILED
_____ LODGED | MAIL |
_____ RECEIVED

JUL 16 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

**Subject:** Online Grievance Form Confirmation
**From:** donotreply@wsba.org
**Date:** 7/4/2012 1:08 AM
**To:** smith@help.org



FILED
LODGED
RECEIVED

JUL 16 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# GRIEVANCE AGAINST A LAWYER

WSBALogo

> Office of Disciplinary Counsel
> Washington State Bar Association
> 1325 Fourth Avenue, Suite 600
> Seattle, WA 98101-2539

### GENERAL INSTRUCTIONS

- Read our information sheet Lawyer Discipline in Washington before you complete this form, particularly the section about consenting to disclosure of your grievance to the lawyer.
- If you have a disability or need assistance with filing a grievance, call us at (206) 727-8207. We will take reasonable steps to accommodate you.
- Please note that this form is only for new grievances. *If you have already filed a grievance, do not use this form to send us additional information.* Mail any additional information with your grievance file number to the address above.
- If you provide an email address, you will receive a confirmation email after you submit your grievance. *We will communicate with you by letter after we review your grievance.*

Date Received: **7/3/2012 10:08:00 PM**

Confirmation Number: **201207030005**

**INFORMATION ABOUT YOU**             **INFORMATION ABOUT THE LAWYER**

| **Smith, Russ** | **DuWors, John** |
|---|---|
| Last Name, First Name, Middle Initial | Last Name, First Name |
| PO Box 1860 | 1201 Third Avenue |
| Address | Address |
|  | suite 1600 |
| Address Line 2 | Address Line 2 |
| Ocean City, NJ 08226 | seattle, WA 98101 |
| City, State, and Zip Code | City, State, and Zip Code |
| United States |  |
| Country | Country |
| 609-385-8966 |  |
| Phone Number | Phone Number |
|  |  |
| Alternate Phone Number | Bar Number (if known) |
| smith@help.org |  |
| Email Address |  |

## INFORMATION ABOUT YOUR GRIEVANCE

Describe **your** relationship to the lawyer who is the subject of your grievance:
I am an opposing party

Is there a court case related to your grievance?

Yes

If yes, what is the case name and file number?
2:12-cv-00498-MJP Domain Tools LLC v. Smith et al

Explain your grievance in **your own words**. Give all important dates, times, places, and court file numbers. You may attach additional materials by using the file upload feature below.

I am the pro se defendant in the above-mentioned case. On June 19, 2012 I was having a Rule 26(f) conference with Derek Linke and suddenly Mr. DuWors started speaking during the conference. I kept objecting to his presence because he had not filed an appearance in the case. Du Wors repeatedly told me that the court would rule to allow him to stay in the conference. We made an agreement that Mr. DuWors would file a notice of appearance and continue the call the next day.

The next day came and no appearance was filed and we eventually were heard by Judge Pechman on June 20, 2012 who ruled that only the paralegal may be present at the conference (but may not speak). I asked the attorney handling the case why the settlement agreement was not adhered to and he would not respond.

Mr. DuWors should not have disrupted a Rule 26(f) conference with a pro se litigant without first filing a notice of appearance in the case. Mr. DuWors also should not have tried to advise a pro se litigant who is an adversary to his firm's client. Mr. DuWors also should not have entered into a settlement agreement with an adversarial pro se litigant and then fail to live up to that agreement or explain why he did not.

Attached Files:


AFFIRMATION
   I affirm that the information I am providing is true and accurate to the best of my knowledge. I have read Lawyer Discipline in Washington and I understand that the content of my grievance can be disclosed to the lawyer.

Russ Smith
PO Box 1860
Ocean City, NJ 08226

Case: 2:12-cv-00498-MJP

US District Court
Seattle Clerk's Office
700 Stewart St, Lobby
Seattle, WA 98101