# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

DOMAIN TOOLS, LLC,

                Plaintiff,

      v.

RUSS SMITH, pro se, and
CONSUMER.NET, LLC,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C12-498MJP

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This case is dismissed with prejudice. Judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated July 18, 2012.

           William M. McCool
           Clerk of Court

           s/Mary Duett
           Deputy Clerk